## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

James O'Connor

                                Plaintiff,

v.                                                                            Case No.: 1:16–cv–03592
                                                                           Honorable Sara L. Ellis

HSBC Mortgage Corporation (USA), et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, November 1, 2017:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Agreed Motion to Adjourn Settlement Conference Deadlines [67] is granted. The schedule for the exchange of settlement letters set on 8/17/17 [61] are stricken. The motion hearing noticed for 11/7/17 is stricken with no appearance required. At the Court's instance, the status hearing set for 11/28/17 is reset to 12/5/17 at 10:30 a.m. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.